UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**YOLIBEE AGUIRRE,**

      **Plaintiff,**

v.                                                           **Case No:  6:15-cv-395-Orl-41GJK**

**A ROYAL MOVING AND STORAGE, INC., EDGAR SOTO and YANET PENA,**

      **Defendants.**

                                                    /

**ORDER**

THIS CAUSE is before the Court on the parties' Renewed Joint Motion for Approval of Settlement (Doc. 32). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 33), which recommends that the parties' motion be granted, that the settlement be approved, and that this case be closed.

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 33) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Renewed Joint Motion for Approval of Settlement (Doc. 32) is **GRANTED**; the parties' agreement is **APPROVED**; and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 30, 2016.



Copies furnished to:

Counsel of Record